UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Honorable: Janet S. Baer
Hearing Date: 6/21, 2012
Bankruptcy Case: 12-00985
Adversary No.:
Title of Case: IN RE ANITRA KING

Brief Statement of Motion:

Names and Addresses of moving counsel: NATHAN DELMAN, 105 W MADISON #2300, CHICAGO IL 60602

Representing: DEBTOR

AGREED ORDER AMENDING PLAN

IT IS HEREBY ORDERED,

Section 3.1(a) of the plan is amended to increase the secured claim of Americredit to $8925, to be paid with 6% APR in set monthly payments of $172.55

JUDGE JANET S. BAER
UNITED STATES BANKRUPTCY COURT