IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RE: | ) | |
| | ) | CHAPTER 13 |
| Anitra King, | ) | |
| | ) | JUDGE Janet S. Baer |
| Debtor(s) | ) | |
| | ) | 12-00985 |

## NOTICE OF MOTION

TO:

Via Electronic Filing:

US Trustee Patrick S. Layng; Office of the U.S. Trustee, Region 11, 219 S. Dearborn St, Rm 873; Chicago, IL 60604 by ECF at USTPRegion11.ES.ECF@usdoj.gov

Tom Vaughn, 200 Michigan Ave, 13TH Floor Chicago, IL 60604 by ECF at ecf@tvch13.net

Via U.S. Mail:

All parties on the attached notice list.

Please take notice that on March 13, 2014 at 9:30 a.m. I shall appear before the Honorable Janet S. Baer in Courtroom 615 of the Dirksen Federal Building, 219 South Dearborn Avenue, in Chicago, Illinois, and shall then and there present the attached motion, at which time you may appear if you so choose.

## PROOF OF SERVICE

Martin A. Lear, an attorney, certifies that he has caused to be mailed a copy of this notice and attached motion to the above named addressed with postage prepaid from the mail post office box located at 105 W. Madison, Chicago, Illinois 60602 on February 17, 2014.

/s/ Martin A. Lear
Martin  A. Lear

Martin A. Lear, #6295187
The Law Offices of Ernesto D. Borges Jr., P.C.
105 W. Madison #2300
Chicago, IL 60602
(312) 853-0200

Label Matrix for local noticing
0752-1
Case 12-00985
Northern District of Illinois
Chicago
Mon Feb 17 07:54:37 CST 2014

AMERICA'S SERVICING CO., AS SERVICER FO
MAC X7801-014
3476 Stateview Blvd.
Fort Mill, SC 29715-7203

Deutsche Bank National Trust Company
C/O COdilis & Associates, P.C.
15W030 North Frontage Rd.
Suite 100
Burr Ridge, IL 60527-6921

Deutsche Bank National Trust Company, as Tru
c/o Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527-6921

Midland Funding LLC by American InfoSource L
PO Box 4457
Houston, TX 77210-4457

Recovery Management Systems Corporation as a
Attn: Ramesh Singh
25 S.E. 2nd Avenue
Suite 1120
Miama, FL 33131-1605

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

Americas Servicing Co
Attention: Bankruptcy
Po Box 10328
Des Moines, IA 50306-0328

Americredit
Po Box 181145
Arlington, TX 76096-1145

(p)AMERICREDIT
PO BOX 183853
ARLINGTON TX 76096-3853

Ashleystewar
Wfnnb
Po Box 182686
Columbus, OH 43218-2686

Capital One, N.a.
Capital One Bank (USA) N.A.
Po Box 30285
Salt Lake City, UT 84130-0285

Codilis & Associates
15W030 N. Frontage Road
Suite 100
Burr Ridge, IL 60527-6921

Deutsche Bank National Trust Company, as Tru
America's Servicing Company
Attention: Bankruptcy Department MAC Ã¯Â¿Â½
3476 Stateview Blvd.
Fort Mill, SC 29715-7203

Deutsche Bank National Trust Company, as Tru
c/o Codilis & Associates, PC
    15W030 North Frontage Rd., Suite 100
Burr Ridge, IL 60527-6921

GE Capital Retail Bank
c/o Recovery Management Systems Corp
25 SE 2nd Ave Suite 1120
Miami FL 33131-1605

Gemb/JC Penny
Attention: Bankruptcy
Po Box 103104
Roswell, GA 30076-9104

Home Comings Financial / GMAC
Attention: Bankruptcy Dept
1100 Virginia Drive
Fort Washington, PA 19034-3204

Hsbc Nv
Attention: Bankruptcy
Po Box 5213
Carol Stream, IL 60197-5213

Midland Funding LLC
by American InfoSource LP as agent
PO Box 4457
Houston, TX 77210-4457

OAK HARBOR CAPITAL IV, LLC
C O WEINSTEIN AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

Portfolio Investments II LLC
c/o Recovery Management Systems Corporat
25 SE 2nd Avenue Suite 1120
Miami, FL 33131-1605

Quantum3 Group LLC as agent for
World Financial Network National Bank
PO Box 788
Kirkland, WA 98083-0788

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Wfnnb/harlem
Attention: Bankruptcy
Po Box 182686
Columbus, OH 43218-2686

Anitra C. King
501 W. 116th St.
2nd Floor
Chicago, IL 60628-5308

Nathan E Delman
Robert J. Semrad & Associates
20 South Clark
28th Floor
Chicago, IL 60603-1811

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603-5713

Zeljko Popovic
Law Offices of Ernesto Borges
105 West Madison, 23rd Floor
Chicago, IL 60602-4647



The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Americredit Financial Services, Inc.
PO Box 183853
Arlington TX 76096

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)AMERICREDIT FINANCIAL SERVICES, INC. d/b/a

End of Label Matrix
Mailable recipients    29
Bypassed recipients     1
Total                  30

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RE:                                          )
                                             )   CHAPTER 13
             Anitra King,                    )
                                             )   JUDGE Janet S. Baer
        Debtor(s)                            )
                                             )   12-00985

## MOTION TO MODIFY PLAN AND DEFER TRUSTEE DEFAULT

NOW COME  the Debtors, by and through The Law Offices of Ernesto D. Borges Jr.,
P.C.,  and move this Honorable Court, pursuant to § 1329(a) to enter an order modifying plan
and deferring Debtors' trustee payment default, and in support thereof states as follows:

1.    That the Debtor's filed a petition for relief pursuant to Chapter 13 of Title 11 United States
      Code; the plan was confirmed.

2.    That the Debtor's confirmed Chapter 13 plan calls for monthly payments of $895.00 for an
      initial term of 60 months to pay allowed timely filed General Unsecured Creditors at 2%.

3.    That the Debtor fell behind on trustee payments as she unexpectedly have federal income
      debt post confirmation and higher then expected water bills that needed to be paid.

4.    That the Debtor has caught up with these debts and asks that the trustee default be deferred
      to the end of her plan.

5.    In addition the Debtor was involved in an auto accident in January of 2014 and the
      insurance payment has satisfied the Debtor's obligation to the secured claim of
      Americredit Financial and the Debtor requests that the Trustee cease further disbursement
      on that secured claim.

6.    The proposed plan would have met the requirements for confirmation on the original
      confirmation date.

WHEREFORE, Debtor's respectfully pray this Court enter an order deferring their
current Trustee default to the end of the Chapter 13 plan, modifying the Chapter 13 plan, and for
such other and further relief this Court deems just and proper.

Respectfully Submitted,
/s/ Martin A. Lear
Martin A. Lear

Martin A. Lear, #6295187
The Law Offices of Ernesto D. Borges Jr., P.C.
105 W. Madison, Ste 2300
Chicago, IL 60602
312-853-0200