IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 12 B 00985 |
| | ) | |
| ANITRA C. KING, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Hon. Janet S. Baer |

**OBJECTION OF AMERICREDIT FINANCIAL
SERVICES, INC., D/B/A GM FINANCIAL TO DEBTOR'S
MOTION TO MODIFY PLAN AND DEFER TRUSTEE DEFAULT**

AMERICREDIT FINANCIAL SERVICES, INC., D/B/A GM FINANCIAL ("AmeriCredit"), a creditor herein, by its attorneys, David J. Frankel of the law firm of Sorman & Frankel, Ltd., for its Objection to Debtor's Motion to Modify Plan and Defer Trustee Default, states as follows:

1. On January 12, 2012, Debtor, Anitra C. King ("Debtor") filed a Voluntary Petition for Relief (the "Petition") under Chapter 13 of the Bankruptcy Code. Thereafter, on June 19, 2012, Debtor filed a Modified Chapter 13 Plan (the "Plan"), which provides for a secured claim to be paid to AmeriCredit by the Chapter 13 Trustee in these proceedings, and which was confirmed on June 21, 2012.

2. As reflected in the documents attached hereto as Exhibit "A", AmeriCredit is a secured creditor of the Debtor with respect to a certain indebtedness secured by a lien upon a 2005 Toyota Corolla motor vehicle bearing a Vehicle Identification Number ("VIN") of 1NXBR32E25Z419648 (the "Vehicle"). (See Ex. "A").

3. Debtor's Motion to Modify Plan and Defer Trustee Default ("Debtor's Motion"), at Paragraph 5, alleges that "Debtor was involved in an auto accident in January of

THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

2014 and the insurance payment has satisfied the Debtor's obligation to the secured claim of AmeriCredit Financial…."

4. AmeriCredit denies the allegations of Paragraph 5 of Debtor's Motion and affirmatively states that AmeriCredit has not been previously made aware of any accident and has not received any insurance proceeds for the Vehicle.

5. As such, AmeriCredit objects to Debtor's request that the Trustee cease further disbursement on AmeriCredit's secured claim and objects to deferment of Debtor's default in trustee payments.

**WHEREFORE**, AmeriCredit Financial Services, Inc., d/b/a GM Financial respectfully requests this Court to enter an Order, a proposed copy of which is attached as Exhibit "C", as follows:

A. Denying Debtor's Motion to Modify Plan and Defer Trustee Default; and,

B. For such other, further and different relief as this Court deems just and proper.

Respectfully submitted,

AMERICREDIT FINANCIAL SERVICES, INC.,
D/B/A GM FINANCIAL,
Creditor,

David J. Frankel (Ill. #6237097)                By: _____/s/ David J. Frankel_____
Sorman & Frankel, Ltd.                                         One of its attorneys
180 N. LaSalle Street, Suite 2700
Chicago, Illinois 60601
(312)332-3535
(312)332-3545 (facsimile)

THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.